# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Justin Montgomery
                                  Plaintiff,

v.                                                        Case No.: 1:21−cv−06040
                                                          Honorable April M. Perry

Village of Phoenix, The, et al.
                                  Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 21, 2025:

    MINUTE entry before the Honorable April M. Perry: Agreed motion to dismiss [70] is granted. There is no need for the parties to appear at the motion hearing scheduled for 3/31/2025 as all matters have been resolved. Civil case terminated. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.